IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00654-WYD

CAROLINE M. MARTINEZ,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Opposed Motion for Attorney Fees Under EAJA filed May 24, 2012.  In the motion, Plaintiff seeks an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), as the prevailing party in a social security appeal.  Fees are sought in the amount of $3,061.00, representing $180.50 per hour for 16.5 hours.  While the motion indicates that it is opposed, the Commissioner filed a response on June 7, 2012, asserting that it does not oppose an award of fees in the amount requested by Plaintiff.

Having reviewed Plaintiff's motion and the response thereto, I find that an award of fees is appropriate under the Equal Access to Justice Act, and the amount of fees requested by Plaintiff is reasonable.  Accordingly, it is

ORDERED that Plaintiff's Motion for Attorney Fees Under EAJA (ECF No. 16) is **GRANTED**.  Plaintiff is awarded attorney fees in the amount of $3,061.00.  The fees shall be made payable to Plaintiff, and sent to Plaintiff's counsel.

Dated:  June 25, 2012.

BY THE COURT:


s/ Wiley Y. Daniel_____
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE